# United States Court of Appeals
## For the First Circuit

No. 14-1018
No. 14-1289


AMERICAN FREEDOM DEFENSE INITIATIVE; PAMELA GELLER;
AND ROBERT SPENCER,

Plaintiffs-Appellants,

v.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY; AND BEVERLY A. SCOTT,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS CHIEF EXECUTIVE
OFFICER / GENERAL MANAGER OF THE MBTA,

Defendants-Appellees.


**ERRATA SHEET**

The opinion of this Court issued on March 30, 2015 is amended as follows:

On page 12, line 14, "decision" is changed to "decisions".